USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Herbert G. Smith II

Firm Name: Venable LLP

Address: 575 7th Street, NW

City/State/Zip: Washington, DC 20004

Telephone/Fax: (202) 344-4000/(202) 344-8300

Email Address: hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

*/s/ John F. Keenan*
United States District Judge

60238454 1.DOC

# United States District Court for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**HERBERT G. SMITH, II**

was, on the 5th day of May A.D. 1997 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 29th day of February A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk