```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION
                                    :    MDL No. 1789
                                         1:06-md-1789 (JFK)
_____ x
This Document Relates to:           :    ORDER
All actions                         :
-----------------------------------x
```

JOHN F. KEENAN, United States District Judge:

      Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:    New York, New York
            May 21, 2008

                                  JOHN F. KEENAN
                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-21-08